UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

```
FILED
NOV 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JESUS TENORIO-LUCERO,<br><br>                    Defendant. | CASE NO. 08CR3565-JM<br><br>JUDGMENT OF DISMISSAL |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____   the Court has dismissed the case for unnecessary delay; or

_____   the Court has granted the motion of the Government for dismissal; or

_____   the Court has granted the motion of the defendant for a judgment of acquittal; or

_____   a jury has been waived, and the Court has found the defendant not guilty; or

_____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) of: TITLE 21, U.S.C., SECS. 952 AND 960 - IMPORTATION OF MARIJUANA (FELONY)

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 21, 2008

                                    _____
                                    CATHY ANN BENCIVENGO
                                    UNITED STATES MAGISTRATE JUDGE


                                    ENTERED ON _____